UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT BAILEY ANDERSON,<br><br>Plaintiff,<br><br>v.<br><br>STEVE RAIBLE and GARY HORCHER,<br><br>Defendants. | CASE NO. 2:25-cv-02563-JNW<br><br>ORDER DISMISSING CASE |

On December 17, 2025, the Court ordered Plaintiff Scott Anderson to show cause why his case should not be dismissed for lack of subject-matter jurisdiction. *See* Dkt. No. 6 at 1–2. Anderson's response to the order to show cause fails to demonstrate that subject-matter jurisdiction exists under either 28 U.S.C. § 1331 or § 1332. *See* Dkt. No. 7. Accordingly, after reviewing Anderson's complaint as required by 28 U.S.C. § 1915(e), the Court DISMISSES this case without prejudice.

Dated this 6th day of February, 2026.

Jamal N. Whitehead
United States District Judge

ORDER DISMISSING CASE - 1